UNITED STATES of America,
Appellee,

v.

Larry JACKSON, Appellant.

No. 05–3988.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 6, 2006.

Filed: Nov. 14, 2006.

Daniel Christopher Tvedt, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Larry Jackson, Greenville, IL, pro se.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Larry Jackson has filed an untimely notice of appeal (NOA) from the district court's September 26, 2005 denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion. *See* Fed. R.App. P. 4(b)(1)(A) (10 days to appeal in criminal cases); *United States v. Petty*, 82 F.3d 809, 810 (8th Cir. 1996) (per curiam) (time limits for appealing in criminal cases apply to appeal from denial of § 3582(c)(2) motion). Because the NOA was due October 10, 2005, and is deemed filed October 19, *see* Fed. R.App. P. 4(c) (prison mailbox rule), it was less than thirty days late, and thus we remand to the district court to determine whether Jackson's failure to file a timely NOA was due to excusable neglect, and if so, whether the time for filing his NOA should be extended. *See* Fed. R.App. P. 4(b)(4); *United States v. Austin*, 217 F.3d 595, 598 (8th Cir.2000).